In re DE GROOT. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of the application of William A. De Groot for a writ of mandamus to the Board of County Canvassers of the County of Queens, etc., and James F. McLaughlin. No opinion. Motion granted, and case set down for Wednesday, December 8, 1909.

DEXTER, Respondent, v. JETTER BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by George M. Dexter against the Jetter Brewing Company. No opinion. Motion to resettle order granted, without costs.

DIETERLEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Lena Dieterlen, as administratrix, etc., of Henry A. Dieterlen, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DISKEN et al. v. TOPLITZ et al. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Appeal from Special Term, New York County. Action by Loretta N. Disken and others against Harry L. Toplitz and others. From the judgment, defendants appeal. Modified, and, as modified, affirmed. Charles Goldzier, for appellants. John Frankenheimer, for respondents.

PER CURIAM. The judgment appealed from should be modified, by deducting from the recovery of the plaintiffs $165 allowed for replastering on account of leakage, and also by deducting the interest allowed on plaintiffs' recovery. As so modified, the judgment should be affirmed, without costs.

DONIGER, Respondent, v. LASAROVITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Lena Doniger against Sigmund Lasarovitz and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

DONOHUE, Appellant, v. BRAAF, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Loretta M. Donohue, as administratrix, against Charles Braaf. H. S. Marshall, for appellant. C. S. Petrasch, for respondent.

PER CURIAM. Judgment affirmed, with costs, on 122 App. Div. 552, 107 N. Y. Supp. 377. Order filed.

LAUGHLIN, J., dissents.

DOUBLEDAY, PAGE & CO. v. SHUMACKER. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Doubleday, Page & Co. against Frank W. Shumacker. No opinion. Motion denied. Order filed. See, also, 60 Misc. Rep. 227, 113 N. Y. Supp. 83.

DOWDALL v. BORGFELDT. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Charles E. Dowdall against George Borgfeldt. No opinion. Motion denied, with $10 costs. Order filed. See, also, 118 N. Y. Supp. 1103.

DUCKWORTH, Respondent, v. McSORLEY, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by Walter F. Duckworth against Patrick McSorley. No opinion. Motion to resettle order granted, without costs. Resettle order before MILLER, J. See, also, 118 N. Y. Supp. 881.

DUFFY, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Joseph A. Duffy against Arthur L. Meyer. E. W. S. Johnston, for appellant. A. Benedict, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 838, 107 N. Y. Supp. 672.

LAUGHLIN and HOUGHTON, JJ., dissent.

DUMARY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Henry Dumary against the United Traction Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

DUNCKEL, Appellant, v. VAN VRANKIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Martin Dunckel against Harrison Van Vrankin and others. No opinion. Judgment and order unanimously affirmed, with one bill of costs.

EAGEN, Respondent, v. BUFFALO UNION TERMINAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Action by Agnes Eagen, as administratrix, etc., against the Buffalo Union Terminal Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

EASTMAN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by James J. J. East-